

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| IN RE APPLICATION OF THE ) <br> UNITED STATES OF AMERICA ) <br> FOR AN ORDER PURSUANT TO ) <br> 18 U.S.C. § 2703(d) DIRECTING ) <br> VERIZON WIRELESS TO DISCLOSE ) <br> INFORMATION RELATED TO CELLULAR ) <br> TELEPHONE NUMBER 304-373-3893 ) | MISC. NO. 2:17-57 <br><br> Filed Under Seal |

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2703(d), requesting that the Court issue an Order requiring Verizon Wireless, telephone service provider and/or a remote computing service, located in New York, New York to disclose the records and other information described in Attachment A to this Order.

The Court finds that the United States has offered specific and articulable facts showing that there are reasonable grounds to believe that the records or other information sought are relevant and material to an ongoing criminal investigation.

The Court determines that there is reason to believe that notification of the existence of this Order will seriously jeopardize the ongoing investigation, including by giving other targets an opportunity to destroy or tamper with evidence, change patterns of behavior, or notify confederates. *See* 18 U.S.C. §

2705(b)(2),(3),(5).

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 2703(d), that Verizon Wireless shall, within ten days of the date of this Order, disclose to the United States the records and other information described in Attachment A to this Order.

IT IS FURTHER ORDERED that under 18 U.S.C. § 2705(b) that Verizon Wireless shall not disclose the existence of the application of the United States, or the existence of this Order, to the subscribers of the account(s) listed in Attachment A, or to any other person, unless and until authorized to do so by the Court, except that Verizon Wireless may disclose this Order to an attorney for Verizon Wireless for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

_____
DWANE L. TINSLEY
United States Magistrate Judge

DATE: Apr 13, 2017

2

**ATTACHMENT A**

I.  **The Account(s)**

The Order applies to certain records and information associated with the following telephone number(s):

304-373-3893

II. **Records and Other Information to be Disclosed**

Verizon Wireless is required to disclose the following records and other information, if available, to the United States for each account or identifier listed in Part I of this Attachment ("Account"), for December 12, 2016 and January 2, 2017.

    A.  The following information about the customers or subscribers of the Account:

        1.  Names (including subscriber names, user names, and screen names);
        2.  Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);
        3.  Local and long distance telephone connection records;
        4.  Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;
        5.  Length of service (including start date) and types of service utilized;
        6.  Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"), International Mobile Subscriber Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI");

       7. Other subscriber numbers or identities (including the registration Internet Protocol ("IP") addresses); and

       8. Means and source of payment for such service (including any credit card or bank account number) and billing records.

B. All records and other information (not including the contents of communications) relating to the Account, including:

       1. Records of user activity for each connection made to or from the Account, including log files; messaging logs, the date, time, length, and method of connections; data transfer volume; user names; and source and destination Internet Protocol addresses;

       2. Information about each communication sent or received by the Account, including the date and time of the communication, the method of communication, and the source and destination of the communication (such as source and destination email addresses, IP addresses, and telephone numbers); and

       3. If request is for a cell phone number, or a cell phone, all data about which "cell towers" (i.e., antenna towers covering specific geographic areas) and "sectors" (i.e., faces of the towers) received a radio signal from each cellular telephone or device assigned to the Account.